# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
                    cklee@leelitigation.com

September 24, 2021

**BY ECF**
Hon. James M. Wick, U.S.M.J.
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

            Re:    *D'Angelo v. Hunter Business School, Inc. et al.,*
                   <u>Case No. 21-cv-03334</u>

Dear Judge Wick:

        We are counsel to Plaintiff in the above-identified matter. We write jointly with counsel for Defendants to propose a briefing schedule for Plaintiff's Conditional Certification of Collective Motion.

        The parties propose the following dates to be So Ordered by the Court:
- Plaintiff's moving brief:  September 24, 2021
- Defendants' opposition:  October 25, 2021
- Plaintiff's reply: November 8, 2021

        We thank the Court for its kind consideration.

Respectfully,

*/s/ C.K. Lee*
C.K. Lee, Esq.

Encl.
cc: all parties via ECF