| | | |
|---|---|---|
| NEW YORK |  | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | EVE I. KLEIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1065 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 212 202 7559 | LAS VEGAS |
| LOS ANGELES | E-MAIL: eiklein@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | A GCC REPRESENTATIVE OFFICE |
| HANOI | | OF DUANE MORRIS |
| HO CHI MINH CITY | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

October 22, 2021

**BY ECF**

Honorable James M. Wick, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

Re:     *D'Angelo v. Hunter Business School, Inc., et al., Case No. 2:21-cv-03334-GRB-JMW*

Dear Judge Wick:

       This firm was recently retained to represent Defendants Hunter Business School, Inc. and Jay Fund (collectively, "Defendants") in the above-referenced action. We write jointly with counsel for Plaintiff (Defendants and Plaintiff collectively referred to as "Parties") to request the Court's adjournment of the upcoming status conference and extension of pending deadlines.

       This is the first request for an adjournment and an extension of time.  We make this request given the recent retention of the undersigned, and relatedly, to afford the Parties sufficient time to explore whether early resolution is possible in this matter.

       In accordance with the Court's Individual Motion Practices and Rules, the Parties respectfully request the Court to adjourn the Court's upcoming Status Conference via Zoom, scheduled for October 26, 2021 at 2:00 pm.  The Parties also request a 30-day extension of all pending deadlines under the current briefing schedule (ECF No. 15) and Scheduling Order (ECF No. 14). The Parties have satisfied Paragraph 1 - 3 of Your Honor's Order of August 4, 2021. Regarding the outstanding items, the Parties propose the following revised deadlines:



|  |  |
|---|---|
| November 24, 2021 – | Defendants' Opposition to Plaintiff's Motion for Conditional Certification of Collective |
| December 3, 2021 – | Joint Status Report regarding resolution |
| December 8, 2021 – | Plaintiff's Reply in Further Support of Motion for Conditional Certification of Collective |
| January 4, 2022 – | Plaintiff has no expert report to rely on for an individual resolution, but will have experts in the event the class is certified as a Rule 23 Class under the Federal Rules of Civil Procedure. |

We appreciate the Court's attention to this matter.

Very truly yours,

/s/ *Eve I. Klein*
Eve I. Klein

EIK:jmd
cc: All Counsel of Record (by ECF)