# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct: (212) 465-1188
cklee@leelitigation.com

March 21, 2022

**Via ECF**
The Honorable James M. Wicks, U.S.M.J.
United States District Court, E.D.N.Y.
100 Federal Plaza
Central Islip, New York 11722

      Re: *D'Angelo v. Hunter Business School, Inc. et al*
         Case No. 21-cv-03334

Dear Judge Wicks:

  We are counsel to Plaintiff. We write jointly with counsel for Defendants to update the Court on the outcome of mediation pursuant to Your Honor's Order on November 30, 2021.

  The parties engaged in a Mediation on March 3, 2022, with Ms. Dina Jansenson. At this time, Parties are reverting back to the mediator for further discussions.

  The parties request an additional stay of two weeks.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.


cc: all parties via ECF