**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL D'ANGELO, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>HUNTER BUSINESS SCHOOL, INC., and JAY FUND,<br>　　　　　　　Defendants. | Civil Action No.: 2:21-cv-03334<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: July 10, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**LEE LITIGATION GROUP, PLLC**

　　　　　　　　　By:　*/s/ C.K. Lee*
　　　　　　　　　　　C.K. Lee, Esq.
　　　　　　　　　　　Anne Seelig, Esq.
　　　　　　　　　　　148 West 24th Street, Eighth Floor
　　　　　　　　　　　New York, NY 10011
　　　　　　　　　　　Tel.: 212-465-1188
　　　　　　　　　　　*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*