UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE            DATE:  07/25/2023
                                                         TIME:  11:00 AM
                                                         ☐ SEALED PROCEEDING

### CIVIL CAUSE FOR FAIRNESS HEARING
CASE:  2:21-cv-03334-JMW-D'Angelo v. Hunter Business School, Inc. et al.

APPEARANCES:

    For Plaintiff:    Anne Seelig

    For Defendant:    Eve Irene Klein

Court Reporter:    Paul Lombardi (11:06-12:05)

**THE FOLLOWING RULINGS WERE MADE:**

☒  Fairness Hearing held on July 25, 2023.

☒  Parties' arguments heard on Motion for Settlement Final Approval of Class Settlement by Plaintiff (DE [36]); Motion for Settlement Approval of Service Award by Plaintiff (DE [39]); and Motion for Settlement Attorney Fees, Costs and Expenses, and Administrative Fees (DE [41]).

☒  Objector Noreen Iadanza was present and was afforded the opportunity to be heard on the record.

☒  For the reasons stated on the record, the objection is overruled, and the motions filed at DE 36, 39, and 41, are GRANTED, with a written Order to be issued at a later time.


                                              SO ORDERED
                                              /s/ James M. Wicks
                                              JAMES M. WICKS
                                              United States Magistrate Judge